### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 13-00143-WS** |
| | ) | |
| **ALFRED OMEGA FOSTER** | ) | |

### <u>ORDER</u>

This action came before the Court for trial by jury on December 7, 8 and 9, 2015, with Chief United States District Judge William H. Steele presiding. The jury was selected on December 2, 2015 and sworn on the morning of trial. The Government presented its case-in-chief and both parties rested on December 7, 2015. Outside the presence of the jury, the defendant orally moved for a judgment of acquittal as to Count One of the Second Superseding Indictment pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure. For reasons stated on the record, the motion was denied. The Court held a charge conference with counsel and the parties gave their closing arguments to the jury. The Court charged the jury on the applicable law and the jury commenced their deliberations.

The jury who having heard the evidence, the arguments of counsel, the charge of the Court and having considered the same upon their oaths, advised the Court that they were unable to reach a verdict as to Count One of the Second Superseding Indictment. The Court declared a **MISTRIAL** and the jury was discharged and dismissed.

Therefore, this case is scheduled for a Pretrial Conference on **Friday, December 11, 2015** at **11:30 a.m.**, in Courtroom 1A, United States Courthouse, 113 St. Joseph Street, Mobile, Alabama 36602 before United States Magistrate Judge Sonja F. Bivins.

**DONE** and **ORDERED** this the 10th day of December, 2015.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE